■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CARL D. NIMMONS, Appellant. (Appeal No. 2.) [810 NYS2d 702]—Appeal from a judgment of the Onondaga County Court (William D. Walsh, J.), rendered April 12, 2004. The judgment convicted defendant, upon his plea of guilty, of assault in the first degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed.

Same memorandum as in *People v Nimmons* (27 AD3d 1186 [2006]). Present—Pigott, Jr., P.J., Hurlbutt, Scudder, Kehoe and Hayes, JJ.